# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

Case No. 5D23-1351
LT Case No. 2022-CA-000347

---

MARVIN MOBLEY,

    Appellant,

    v.

BHAVANI VENTURES, LLC, AMIT
PATEL, RAMANBHAI PATEL, AND
MYRA RICHO,

    Appellees.

---

On appeal from the Circuit Court for Nassau County.
Eric C. Roberson, Judge.

Marvin D. Mobley, Yulee, pro se.

Jeffrey R. Dollinger, of Scruggs, Carmichael & Wershow, P.A.,
Gainesville, for Appellees, Bhavani Ventures, LLC, Amit Patel,
and Ramanbhai Patel.

Betsy S. Holton, of Holton Law Group, PLLC, Jacksonville, for
Appellee, Myra Richo.

April 9, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____